UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
MICHELLE VIAR,                   )
                                 )
     Plaintiff                   )
                                 )
          v.                     )   NO. 3:13-0140
                                 )   Judge Sharp/Bryant
CSS INDUSTRIES,INC., and,        )
C. R. GIBSON, L.L.C.,            )
                                 )
     Defendants                  )
```

### **O R D E R**

On March 8, 2013, the undersigned entered an order purporting to reschedule until April 8, 2013, the initial case management conference in this matter. (Docket Entry No. 9).

This order was entered in error and requires a correction.

Docket Entry No. 9 is vacated, and the initial case management conference in this case is rescheduled to **May 3, 2013, at 9:30 a.m.**

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge